IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY SHEHAN, )<br>)<br>Petitioner, )<br>)<br>V. )<br>)<br>DOUG HOUSE, )<br>)<br>Respondent. )<br>) | 4:16CV3173<br><br>**MEMORANDUM AND ORDER** |

    Respondent Doug House filed a "Removal Notice" (Filing No. 1) on November 3, 2016. Respondent did not attach a complaint or petition from state court to the Removal Notice. Although the Removal Notice includes breach of contract allegations against Petitioner, the Notice suggests that Respondent is attempting to remove (or seek relief from) criminal proceedings pending against him in the District Court of Lancaster County, Nebraska.

    In any event, on November 4, 2016, Respondent filed a "Voluntary Withdraw" (Filing No. 5), stating that Respondent was withdrawing his Removal Notice and application to proceed in forma pauperis. In light of this filing, Respondent's Removal Notice will be dismissed and this case will be closed.

    IT IS THEREFORE ORDERED that Respondent's Removal Notice is dismissed without prejudice. Respondent's Motion for Leave to Proceed In Forma Pauperis (Filing No. 2) is denied as moot. Judgment will be entered by separate document.

    DATED this 14th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge